IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTONIO LENARD BUEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:14CV142 |
| | ) | 1:10CR62-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On September 21, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #58] to the Recommendation within the time limit prescribed by Section 636, as well as an Addendum to the Petition [Doc. #59]. The Court has reviewed Petitioner's objections and the Addendum *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #56], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to vacate, set aside or correct sentence [Doc. #45] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the

denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This the 4th day of May, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge